## ANDERSON *vs.* ANDERSON.

In a libel for divorce for the cause of adultery, the record of the conviction of the respondent, upon an indictment for that crime, is sufficient evidence, both of the marriage, and of the offence.

A libel for divorce *a vinculo,* for adultery, may be amended by adding a charge of extreme cruelty, and praying for a divorce from bed and board.

In a libel by the wife, for divorce *a vinculo,* for the adultery of the husband, *Alden,* for the libellant, to prove the fact of adultery, offered a copy of the record of the conviction of the husband on an indictment for that offence.

*Daveis,* for the respondent, required proof of the marriage, independent of the recital in the indictment and the finding of the jury upon that trial.

But THE COURT overruled this objection, deeming the record of the conviction as sufficient proof of that fact.

The respondent then proved that the libellant had forgiven his offence, by subsequent cohabitation, with knowledge of the crime.

Whereupon *Alden* moved for leave to amend the libel, by adding a charge of extreme cruelty, and praying for a divorce *a mensa et thoro* for that cause.

Which THE COURT granted, ordering that the libel, as amend- ed, be served on the adverse party three months before the next term.